Javed I. Ellahie (SBN 063340)
Omair M. Farooqui (SBN 207090)
Ellahie & Farooqui LLP
12 South First Street, Suite 600
San Jose, California 95113
Telephone: (408) 294-0404
Facsimile: (408) 294-6659

Attorneys for Debtor: Imtiaz Sheikh and Zarina Sheikh

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re:

Imtiaz Sheikh and Zarina Sheikh

    Debtor
_____/

Imtiaz Sheikh and Zarina Sheikh

    Debtor

vs.

Bank of America, N.A.

    Respondents

Chapter 13
Case No: 12-50884 SLJ

**DECLARATION OF IMTIAZ SHEIKH & ZARINA SHEIKH IN SUPPPORT OF MOTION TO VALUE & AVOID LIENS**
**Property Address: 1797 West Campbell Ave. Campbell, CA 95008**

    We, Imtiaz Sheikh & Zarina Sheikh, hereby declare under penalty of perjury that the following is true and correct:

    1.    We submit this declaration in support of the Motion to Value & Avoid Liens. The statements set forth herein are based upon our own knowledge (except as to those matters which are

ELLAHIE & FAROOQUI LLP
12 South. First Street, Suite 600
San Jose, California 95113
Telephone: (408) 294-0404/Facsimile: (408) 294-6659

Case: 12-50884    Doc# 61    Filed: 08/22/13    Entered: 08/22/13 15:38:48    Page 1 of 4

1. stated on information and belief, and, as to those matters, we believe them to be true) and I would testify as set forth herein if called as witness at trial.

2. We commenced this case on February 3, 2012. The plan is awaiting confirmation.

3. Among the assets at the commencement of the case is our residence, commonly known as 1797 W Campbell Ave. Campbell, CA 95008 (hereinafter "the Property") valued at $656,700. The legal description of the property is attached as *Exhibit A*.

4. On or about January 11, 2007, Bank United, FSB **(herein "Senior Lien Holder")** recorded a senior deed of trust in Santa Clara County, where the Property is located **(Document 19260580)**. A copy of the recording information pertaining to the Deed of Trust (DOT) is attached as *Exhibit B*.

5. We were advised that Carrington Mortgage Services is a current servicing agent. A copy of the transfer of clam is attached as *Exhibit C*.

*6.* The Senior Lien Holder filed a proof of claim in the amount of $750,405.76 that is more than the $656,700 market value of the property. A copy of the proof of claim is attached as *Exhibit D*.

7. On or about June 19, 2008, Bank of America, N.A. recorded a junior deed of trust in Santa Clara County **(Document No. 19891329).** A copy of the Deed of Trust (DOT) is attached as *Exhibit E*.

8. The Junior Lien Holder filed, a proof of claim in the amount of $ 254,861.57 that is attached as *Exhibit* F.

9. We have reviewed the Zillow valuation and we are familiar with the values of homes in this locality. We believe the value of the Property at the commencement of the case was and is $656,700 as reflected in the Zillow printout. A copy of the Zillow valuation is attached to as *Exhibit G*.

ELLAHIE & FAROOQUI LLP
12 South. First Street, Suite 600
San Jose, California 95113
Telephone: (408) 294-0404/Facsimile: (408) 294-6659

10. The current market value of the property is $675,000 that is less than the senior lien $750,405.76 on the property as reflected in the appraisal that is attached to the Declaration of Thomas Feldenheimer, a certified appraiser. The Declaration of Thomas Feldenheimer is attached as *Exhibit H*.

We declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Jose, California.

Date: 8/9/2013                                         /s/Imtiaz Sheikh
                                                       Imtiaz Sheikh

                                                       /s/ Zarina Sheikh
                                                       Zarina Sheikh

ELLAHIE & FAROOQUI LLP
12 South. First Street, Suite 600
San Jose, California 95113
Telephone: (408) 294-0404/Facsimile: (408) 294-6659

10. The current market value of the property is $675,000 that is less than the senior lien $750,405.76 on the property as reflected in the appraisal that is attached to the Declaration of Thomas Feldenheimer, a certified appraiser. The Declaration of Thomas Feldenheimer is attached as *Exhibit H*.

We declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Jose, California.

Date: 8/9/2013

/s/Imtiaz Sheikh
Imtiaz Sheikh

/s/ Zarina Sheikh
Zarina Sheikh

ELLAHIE & FAROOQUI LLP
12 South, First Street, Suite 600
San Jose, California 95113
Telephone: (408) 294-0404/Facsimile: (408) 294-6659