Javed I. Ellahie (SBN 063340)
Omair M. Farooqui (SBN 207090)
Ellahie & Farooqui LLP
12 South First Street, Suite 600
San Jose, California 95113
Telephone: (408) 294-0404
Facsimile: (408) 294-6659

Attorneys for Debtor: Imtiaz Sheikh and Zarina Sheikh

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br>Imtiaz Sheikh and Zarina Sheikh<br>        Debtor<br>_____/<br>Imtiaz Sheikh and Zarina Sheikh<br><br><br>        Debtor<br><br>vs.<br><br>Bank of America, N.A.<br><br>        Respondents | Chapter 13<br>Case No:  12-50884 SLJ<br><br><br>**CERTIFICATE OF SERVICE** |

I , the undersigned, declare that I am a citizen/permanent resident of the United States, over 18 years of age, employed in San Jose, California, and not a party to the within above-mentioned action. My business address is: 12 South First Street, Suite 600, San Jose, CA 95113.

I served a true copy of:  **Notice of Hearing on Motion to Value & Avoid Liens; Motion to Value & Avoid Liens; and Declaration of Imtiaz and Zarina Sheikh in Support of Motion to Value & Avoid Lien**

by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid to all listed below, and served by **certified mail** to all listed below in the United States Mail at San Jose, California, on the date set forth below, and was addressed to:

Edward Gallegos, Managing Officer
Bank of America
450 E Boundary St.
Chapin, SC 29036

Melissa A Vermillion, Esq.
Prober & Raphael
Rep. Bank of America.
PO Box 4365
Woodland Hills, CA 91365-4365

Brian T Moynihan, CEO
Bank of America
Bankruptcy Dept.
PO Box 26012, NCA 105-02-99
Greensboro, North Carolina 27420

Cristina Di Mauro, VP
Bank United
Attn.: Post Closing
7815 NW 148 street
Miami, FL 33016

Christopher Hoo, Esq.
Carrington Mortgage service
1610 East Saint Andrews Place Suite B150
Santa Ana CA 92705

Christelle N Ramseyer, Esq.
McCarthy & Holthus, LLP
1770 Fourth Ave
San Diego, CA 92101

Cristina Di Mauro, VP
Bank United, N.A.
DO4-Fore-538
7815 NW 148 Street
Miami Lakes, FL 33016

**Special Notice:**

Michael Aiken, Bankruptcy Servicer for BMW Bank of North America, Inc
Ascension Capital Group, Inc.
Attn: BMW Bank of North America, Inc Department
P.O. Box 201347

ELLAHIE & FAROOQUI LLP
12 South. First Street, Suite 600
San Jose, California 95113
Telephone: (408) 294-0404/Facsimile: (408) 294-6559

Arlington, TX 76006

Dean Prober, Esq.
 PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364

Christopher Hoo, Esq.
Carrington Mortgage service
43252 Woodward Ave, Suite 180
Bloomfield Hills, CA 48302

**Addresses from FDIC Website**

Sallie Krawcheck, President
Bank of America, National Association
100 North Tryon St
Charlotte, NC 28202

**Addresses from Secretary of State Website:**

Rudy Dupuy, Associate
Bank Of America, N.A.
150 N College St. NC1-028-17-06
Charlotte, NC 28255

Rudy Dupuy, Associate
Bank of America, N.A.
818 W Seventh St
Los Angeles, CA 90017

**Notice will be electronically mailed to:**

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

I declare, under penalty of perjury, that the foregoing is true and correct.
Executed on August 22, 2013 at San Jose, California.

/s/ Kim Jackson